# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Wayne N. LaFore & Terry A. LaFore__

Chapter 7 Case No. __08-60303__

Please Check One:

☐ 1 Unclaimed Dividends

x 2 Distribution Less Than $5.00

RECEIVED 10 JAN 26 AM 9:25
U.S. BANKRUPTCY COURT
FERGUS FALLS, MN

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Topline Federal Credit Union<br>9353 Jefferson Hwy<br>Maple Grove, MN 55369 | 2 | $2122.82 | $2.60 |
| Cenex Credit Card<br>PO Box 64588<br>St. Paul, MN 55164 | 3 | $363.30 | $.45 |
| Chase Bank USA<br>c/o Weinstein & Riley, P.A.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | 4 | $624.89 | $.76 |
| Chase Bank USA<br>c/o Weinstein & Riley, P.S.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 | 5 | $3239.80 | $3.97 |
| City of Brooklyn Center<br>6301 Shingle Creek Parkway<br>Brooklyn Center, MN 55430 | 6 | $368.79 | $.45 |
| PYOD LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC | 8 | $815.55 | $1.00 |
| City-Country Federal<br>6160 Summit Drive, 2nd Floor<br>Brooklyn Center, MN 55430 | 9 | $156.89 | $.19 |
| Capital Recovery II<br>25 SE 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | 11 | $983.86 | $1.20 |

| eCAST Settlement Corp.<br>3936 E. Ft. Lowell Rd.<br>Tucson, AZ 85712 | 13 | $1841.92 | $2.26 |

Date: January 25, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757